## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-cr-00334-TJK** |
| | ) | |
| **TARA STOTTLEMYER** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## DEFENDANT TARA STOTTLEMYER'S MOTION FOR A 7-DAY EXTENSION

## OF TIME TO FILE REPLY

William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*

1

NOW comes Defendant Tara Stottlemyer by and through her undersigned counsel of record, William L. Shipley, and respectfully files this motion for a - day extension for Defendant Stottlemyer's reply.

On July 2, 2024, Defendant Stottlemyer filed a motion to set aside her conviction and sentence pursuant to 28 U.S.C. Sec 2255.

On August 12, 2024, the Government filed an opposition to Defendant Stottlemyer's motion.

Undersigned counsel is in trial before this Court in *United States v. Pepe*, 21-cr-00052.

Because of undersigned being in trial, Defendant Stottlemyer requests this Court to grant a 7-day extension and set the reply to be due on August 26, 2024.

Dated August 21, 2024                    Respectfully Submitted,

_____
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

2