UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-CR-00334 (TJK) |
| | : | |
| TARA AILEEN STOTTLEMYER, | : | |
| | : | |
| Defendant. | : | |

### UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE A REPLY

The United States does not oppose the Defendant's request for a 7-day extension of time to file a reply. (ECF 146.)

                                                             Respectfully submitted,

                                                            MATTHEW M. GRAVES
                                                           United States Attorney
                                                           D.C. Bar No. 481052

By:    */s/ Kathryn E. Bolas*
        KATHRYN E. BOLAS
        Assistant U.S. Attorney
        NY Bar No. 5704234
        United States Attorney's Office
        601 D Street, NW
        Washington, D.C. 20530
        (202) 252-0872
        Kathryn.Bolas@usdoj.gov